Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle 4th District of Florida
_____ Division

Cynthia Benefield
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

1) Gregory Anderson
2) Cassandra Smith Battle
3) Corey Benefield
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:23-CV-1087-BJD-LLL
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [ ] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              Cynthia Benefield
Street Address
City and County   Duval & Orange City
State and Zip Code  Jax., FL 32209
Telephone Number
E-mail Address    Cbenefield02@outlook.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

(1-8) Witnesses
Docs shredded

1) Judge Judy Judicial System
(People's Court TV)

**Defendant No. 1**
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

7.) Grove Park Entertainment
Houston TX

2) Corey L. Benefield
Alive Credit Union
Touchton Rd
Jax., FL. Duval

**Defendant No. 2**
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

8.) Walmart
Orlando, FL
Semoran Blvd
Pershing Ave

3) Cassandra S. Battle
Wells Fargo Advisors
Wealth Mgmt
Jax. Duval FL
32202

**Defendant No. 3**
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

4) Bank of America
Jacksonville. Duval

**Defendant No. 4**
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

5) Oprah Winfrey Network
Chicago, IL

6) Winn Dixie Stores
5050 Edgewood Ave
Jax Duval City

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

**\* Violations of Banking Verification / Identity Laws**

Fill out the paragraphs in this section that apply to this case.

**\* UnConstitutional Attitudes, Transactions, Behaviors**

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. **Invasion of Privacy - Ambushed, Spied On Soliciting help to harm, destroy - Sleep Deprived Freedom of Speech to Report harm - Fear of Retaliation**

B. If the Basis for Jurisdiction Is Diversity of Citizenship **From Gangs, Felons**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* **Cynthia Benefield**, is a citizen of the State of *(name)* **Florida**.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* **FINRA, FDIC** is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* **Wells Fargo Advisors**, is a citizen of the State of *(name)* **Florida**. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation
The defendant, (name) __Bank of America__ is incorporated under the laws of the State of (name) __Florida__, and has its principal place of business in the State of (name) _____.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__$75,000 - $200 Trillion To Be Determined__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant ↓ Stole

1.) Banking Documents, Valuable Stock Paperwork, Money Stolen, Valuable Financial Assets Stolen then Approved by Major Banks Wells Fargo, Alive Credit Union

2.) Received My Fathers Retirement Account violating Verification Banking Laws. Purchasing Large Items to Bankrupt

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

* Request Immediate Relief to Stop my Cases From Being Dismissed. My Life is in Danger. Covert Activity is being done to Kill, Destroy me + my Family

* Request Imminent Danger Help them Compensate me

Page 4 of 5

① Gregory Leon Pinkney ,, ,, ,, ,, ,, (Ex felon)
① Gregory Anderson Stole my Father's SS#, Oil Card, Farm Deeds, Assumed my Father/Grandfather's Name & Soc. Sec# then Receives Clearances @ Banks (Wells Fargo) Alive Advisors, Credit Union, Bank of America approved a Commercial Loan These Documents Value @ $900 Billion Dollars or more. Every Illegal Transaction was approved by Presidents, Gov't Officials, Giving Prisoners Hope that they can get the same help or Be set Free

② Cassandra Smith Battle
Assumed the Financial Compensation/Monies from Winn Dixie Stores without being in compliance of the law FL Statues. Continued to spend my Dad's Retirement money involving Celebrities, transferring Monies to Black Code Entertainment & Network TV

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*Lucrative Financial Gain For Many*

\* Immediate Relief - Jail Time For Intent to Kill

\* Immediate Relief - Need Financial Compensation to Leave Town to Be Safe

\* Immediate Relief - To see the Judge, Stop this Murderous Plot, Gangs, Felons, Threats

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/14/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: C. Benefield

#### B. For Attorneys

*Attorneys Decline to Represent*

Date of signing: 9/14/2023

Signature of Attorney: ___
Printed Name of Attorney: ___
Bar Number: ___
Name of Law Firm: ___
Street Address: ___
State and Zip Code: ___
Telephone Number: ___
E-mail Address: ___